**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JESSICA KRUEGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-cv-2493 |
| | ) | Judge Maldonado |
| RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Plaintiff, JESSICA KRUEGER, hereby moves for the entry of judgment in her favor and against the Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, pursuant to a trial on the papers consistent with Federal Rule of Civil Procedure 52. In support hereof, Plaintiff concurrently files Proposed Findings of Fact and a supporting Memorandum of Law.

WHEREFORE, Plaintiff prays that the Court grant her motion and enter judgment in her behalf.

Dated: October 24, 2023

Respectfully Submitted,

/s/ Mark D. DeBofsky

Mark D. DeBofsky
Attorneys for Plaintiff
Jessica Krueger

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds, P.C.
2 N. Riverside Plaza, Suite 1420
Chicago, Illinois 60606
Voice: (312) 561-4040
Fax: (312) 600-4426
Email: mdebofsky@debofsky.com

## **CERTIFICATE OF SERVICE**

      Mark D. DeBofsky, the attorney, certifies that on October 24, 2023, he served the foregoing Motion upon all parties of record by electronic delivery via the CM/ECF system maintained by the Clerk of the U.S. District Court.

                                            /s/ Mark D. DeBofsky
                                            Mark D. DeBofsky